O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO LAMADRID; MARIA DE JESUS REYES; ADRIANA ESTEVEZ; RICHARD MENDEZ, <br><br>    Plaintiffs, <br><br> v. <br><br>BANK OF AMERICA NA; BANC OF AMERICA FUNDING 2007-7 TRUST; BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA NA; OLD REPUBLIC TITLE COMPANY; PRLAP, INC.; RIVERSIDE COUNTY SHERIFF DEPARTMENT; CORONER STANLEY SNIFF; SERGEANT S. MONTOYA; SERGEANT M. MEJIA; P. BRACEY; N. MORRIS; SERGEANT L. HUGH; L. ALVES, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 12-03554 DDP (SPx) <br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT** <br><br>[Docket Nos. 21 & 24] |

 Presently before the court are Motions to Dismiss Plaintiffs' Complaint ("Motions"), filed by two of the Defendants. Because Plaintiffs have not filed an opposition to either Motion, the court GRANTS the Motions.

///

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

    The hearings on Defendants' Motions were set for September 10, 2012. Plaintiffs' oppositions were therefore due by August 20, 2012. As of the date of this Order, Plaintiffs have not filed an opposition to either Motion, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the Motions to Dismiss, and GRANTS the Motions. Plaintiffs' Complaint is dismissed.

IT IS SO ORDERED.

Dated: September 5, 2012

DEAN D. PREGERSON
United States District Judge