O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO LAMADRID; MARIA DE JESUS REYES; ADRIANA ESTEVEZ; RICHARD MENDEZ, | ) ) ) ) | Case No. CV 12-03554 DDP (SPx) |
| | | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BANK OF AMERICA NA; BANC OF AMERICA FUNDING 2007-7 TRUST; BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA NA; OLD REPUBLIC TITLE COMPANY; PRLAP, INC.; RIVERSIDE COUNTY SHERIFF DEPARTMENT; CORONER STANLEY SNIFF; SERGEANT S. MONTOYA; SERGEANT M. MEJIA; P. BRACEY; N. MORRIS; SERGEANT L. HUGH; L. ALVES, | ) ) ) ) ) ) ) ) ) ) ) ) | [Docket Nos. 21 & 24] |
| Defendants. | ) ) ) | |

        Presently before the court are Motions to Dismiss Plaintiffs'

Complaint ("Motions"), filed by two of the Defendants.  Because

Plaintiffs have not filed an opposition to either Motion, the court

GRANTS the Motions.

///

1    Central District of California Local Rule 7-9 requires an

2 opposing party to file an opposition to any motion at least twenty-

3 one (21) days prior to the date designated for hearing the motion.

4 Additionally, Local Rule 7-12 provides that "[t]he failure to file

5 any required document, or the failure to file it within the

6 deadline, may be deemed consent to the granting or denial of the

7 motion."

8    The hearings on Defendants' Motions were set for September 10,

9 2012.  Plaintiffs' oppositions were therefore due by August 20,

10 2012.  As of the date of this Order, Plaintiffs have not filed an

11 opposition to either Motion, or any other filing that could be

12 construed as a request for a continuance.  Accordingly, the court

13 deems Plaintiffs' failure to oppose as consent to granting the

14 Motions to Dismiss, and GRANTS the Motions.  Plaintiffs' Complaint

15 is dismissed.

16

17 IT IS SO ORDERED.

18

19

20 Dated: September 5, 2012

      DEAN D. PREGERSON
21                                    United States District Judge

22

23

24

25

26

27

28

                                   2