1  Mary Jean Pedneau    California State Bar No. 126157
   e-mail: mjpedneau@aol.com
2  William R. Larr        California State Bar No. 061825
   e-mail: williamrlarr@aol.com
3  LAW OFFICES OF MARY JEAN PEDNEAU
   2280 Wardlow Circle, Suite 280
4  Corona, California 92880-8400
   951-736-1225
5  951-736-1227 (FAX)

6  Attorneys for Defendant, Old Republic Title Company

7

8                    **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

| | |
|---|---|
| 11  FRANCISCO LAMADRID; MARIA DE JESUS REYES; ADRIANA ESTEVEZ; and 12  RICHARD MENDEZ, | CASE NO: CV 12-03554 DDP (SPx) |
| 13 | Honorable Dean D. Pregerson |
| 14      Plaintiffs, | **JUDGMENT OF DISMISSAL OF DEFENDANT OLD REPUBLIC TITLE COMPANY** |
| 15      v. | |
| 16  BANK OF AMERICA, N.A, a national banking association; BANC OF AMERICA 17  FUNDING 2007-7 Trust; BANC OF AMERICAN FUNDING CORPORATION: 18  BANK OF AMERICA, N.A.; OLD REPUBLIC TITLE COMPANY, as trustee; 19  PRLAP, INC., as trustee; RIVERSIDE COUNTY SHERIFFS DEPARTMENT; 20  CORONER STANLEY SNIFF ID No.: 958; SERGEANT S. MONTOYA Badge No.: 21  2387; SERGEANT M. MEJIA Badge No.: 1682; P. BRACEY Badge No.: 1548; N. 22  MORRIS Badge No.: 3466; SERGEANT L. Hughes Badge No.:1991; and L.ALVES 23  Badge No.: 2574, | |
| 24      Defendants. | |
| 25  _____ | |

26      The motion of Defendant Old Republic Title Company for dismissal, based on failure of

27  the complaint to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the

28  Federal Rules of Civil Procedure, was granted by the Court, by the Honorable Dean D.

1  Pregerson, Judge of the United States District Court, by minute order dated and filed on
2  September 5, 2012.  Pursuant to said order of the Court,
3      **IT IS HEREBY ADJUDGED AND DECREED** that judgment is hereby rendered
4  dismissing Defendant Old Republic Title Company from the above-entitled action, and awarding
5  costs of suit to Defendant Old Republic Title Company.

7  Dated: September 28, 2012      _____
                                                    Dean D. Pregerson
8                                                     United States District Judge