1  Mary Jean Pedneau    California State Bar No. 126157
   e-mail: mjpedneau@aol.com
2  William R. Larr       California State Bar No. 061825
   e-mail: williamrlarr@aol.com
3  LAW OFFICES OF MARY JEAN PEDNEAU
   2280 Wardlow Circle, Suite 280
4  Corona, California 92880-8400
   951-736-1225
5  951-736-1227 (FAX)

6  Attorneys for Defendant, Old Republic Title Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| FRANCISCO LAMADRID; MARIA DE JESUS REYES; ADRIANA ESTEVEZ; and RICHARD MENDEZ,<br><br>           Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A, a national banking association; BANC OF AMERICA FUNDING 2007-7 Trust; BANC OF AMERICAN FUNDING CORPORATION: BANK OF AMERICA, N.A.; OLD REPUBLIC TITLE COMPANY, as trustee; PRLAP, INC., as trustee; RIVERSIDE COUNTY SHERIFFS DEPARTMENT; CORONER STANLEY SNIFF ID No.: 958; SERGEANT S. MONTOYA Badge No.: 2387; SERGEANT M. MEJIA Badge No.: 1682; P. BRACEY Badge No.: 1548; N. MORRIS Badge No.: 3466; SERGEANT L. Hughes Badge No.:1991; and L.ALVES Badge No.: 2574,<br><br>           Defendants. | CASE NO: CV 12-03554 DDP (SPx)<br><br>Honorable Dean D. Pregerson<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT OLD REPUBLIC TITLE COMPANY** |

The motion of Defendant Old Republic Title Company for dismissal, based on failure of the complaint to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, was granted by the Court, by the Honorable Dean D.

Pregerson, Judge of the United States District Court, by minute order dated and filed on September 5, 2012.  Pursuant to said order of the Court,

**IT IS HEREBY ADJUDGED AND DECREED** that judgment is hereby rendered dismissing Defendant Old Republic Title Company from the above-entitled action, and awarding costs of suit to Defendant Old Republic Title Company.

Dated: September 28, 2012   _____
Dean D. Pregerson
United States District Judge